**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Sherry Lou FRASURE, Defendant—**
**Appellant.**

No. 07–35491.

United States Court of Appeals,
Ninth Circuit.

Submitted April 13, 2009.*

Filed April 29, 2009.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Lori Harper Suek, Esq., Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Sherry Lou Frasure, Geiger Correctional Facility, Spokane, WA, pro se.

Before: GRABER, GOULD, and BEA, Circuit Judges.

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

## MEMORANDUM **

Federal prisoner Sherry Lou Frasure appeals from the denial of her 28 U.S.C. § 2255 motion. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Frasure contends that she received ineffective assistance of counsel when her attorney failed to investigate facts which would have cast doubt on her connection to a storage unit where drugs and firearms were found. This contention fails because Frasure cannot show prejudice in light of evidence adduced at sentencing linking her to the storage unit in question. *See Strickland v. Washington,* 466 U.S. 668, 699–700, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

**AFFIRMED.**